IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02817-NYW

ANTHONY MAZZUCA,

    Plaintiff,

v.

WELZIG HEATING & AIR, INC.; and
JAMES WELZIG, individually, and in his official corporate capacity,

    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Emily Bermudez, by and through undersigned counsel, gives notice of voluntarily dismissing this action in its entirety, with prejudice.

RESPECTFULLY SUBMITTED this 9th day of November, 2020.

        BENDAU & BENDAU PLLC

        By: /s/ *Clifford P. Bendau, II*
        Clifford P. Bendau, II
        Christopher J. Bendau
        BENDAU & BENDAU PLLC
        P.O. Box 97066
        Phoenix, Arizona 85060
        Telephone AZ: (480) 382-5176
        Email: cliffordbendau@bendaulaw.com
                chris@bendaulaw.com

THE LAW OFFICES OF SIMON & SIMON

By: /s/ *James L. Simon*
James L. Simon
6000 Freedom Square Dr.
Independence, OH 44131
Telephone: (216) 525-8890
Facsimile: (216) 642-5814
Email: jameslsimonlaw@yahoo.com

*Attorneys for Plaintiff*